UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GENARO GARCIA RUIZ,<br><br>                                    Petitioner,<br><br>v.<br><br>MARWAYNE MULLIN; Secretary, U.S. Department of Homeland Security; et al.,<br><br>                                    Respondents. | Case No.:  26-cv-3846-BJC-MMP<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

On July 2, 2026, Jose Genaro Garcia Ruiz ("Petitioner") filed a petition for a writ of habeas corpus.  ECF No. 1.  On July 24, 2026, the Court set a briefing schedule and issued a limited stay.  ECF No. 4.  On July 31, 2026, Respondents filed a return to the petition stating that "Respondents do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)."  ECF No. 5 at 2.

Having reviewed the pleadings, the Court **GRANTS IN PART** the petition for a writ of habeas corpus. Respondents **shall hold a bond hearing within fourteen days** of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225.  Respondents are enjoined from transferring Petitioner before a bond hearing takes place.  The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated:  August 12, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

1

26-cv-3846-BJC-MMP